David B. Owens, CA Bar: 275030
LOEVY & LOEVY
100 S. King St., Ste 100
Seattle, WA 9810
david@loevy.com
T: 312-243-5900
F: 312-243-5902

Ruth Brown*, IL Bar: 6299187
Anand Swaminathan*, IL Bar: 6305088
Steven Art*, IL Bar: 6302319
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl
Chicago, IL 60607
ruth@loevy.com
T: 312-243-5900
F: 312-243-5902
*Attorneys for Plaintiff*
* Admitted pro hac vice

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO VALLE,<br><br>Plaintiff,<br><br>v.<br><br>PAOLO MORGADO, DENNIS CRAVALHO, CITY AND COUNTY OF SAN FRANCISCO, and UNKNOWN OFFICERS OF THE SAN FRANCISCO POLICE DEPARTMENT,<br><br>Defendants. | Case No. 21-CV-5636<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR FIRST EXTENSION TO PLAINTIFF'S DEADLINE TO AMEND |

- 0 –

**BACKGROUND AND GOOD CAUSE STATEMENT**

1. Pursuant to Civ. L.R. 6-2, the parties have stipulated to allow Plaintiff an additional 14 days, until February 21, 2022, in which to submit an amended complaint, due to unanticipated delays in Plaintiff receiving documents required to make a determination on whether to submit an amendment.

2. The current deadline for Plaintiff to amend his pleadings is February 5, 2022, as set at the initial scheduling hearing. ECF No. 27 at 2.

3. Prior to the initial scheduling conference, the parties had jointly agreed to exchange initial disclosures on January 5, 2022. ECF No. 25 at 4 ¶7. The parties exchanged initial disclosures on that date, but were not able to produce the associated documents without a stipulated protective order. The parties agreed to exchange certain referenced documents upon entry of the protective order.

4. The parties worked cooperatively on a protective order for confidential information, exchanging many drafts and ultimately reaching a resolution that worked for all parties and was submitted on January 21, 2022.

5. Promptly after the entry of the protective order, on the afternoon of January 31, Defendants tendered as a component of their initial disclosures the complete attempted homicide file for the prosecution underlying this Section 1983 case. Thus, Plaintiff did not receive the completed attempted homicide file until the afternoon of January 31.

6. In addition, Plaintiff does not yet have access to the San Francisco District Attorney's file for the attempted homicide prosecution, which he requires to make a determination about whether to submit an amended complaint to add additional defendants. The prosecution file was subpoenaed on October 28, 2021 by the Defendants, who have been working with the San Francisco District Attorney's Office to obtain a response.

7. Thus, due to the foregoing unanticipated delays in receipt of documents, the parties stipulate that Plaintiff shall have an additional 14 days, until Monday, February 21, in which to file an amended complaint.

8. This is the first extension sought for Plaintiff's deadline in which to amend.

9. The parties stipulate that the requested time modification will not impact the remaining schedule for the case.

**STIPULATION**

Accordingly, in light of the foregoing good cause, the signatory parties, through counsel, hereby stipulate and jointly request as follows:

1. That the Court enter an Order allowing Plaintiff until February 21, 2022 in which to file an amended complaint.

By: */s/ Ruth Brown*
RUTH BROWN

Attorney for Plaintiff
FRANCISCO VALLE


By: */s/ Meredith B. Osborn*
MEREDITH B. OSBORN

Attorney for Defendants
PAOLO MORGADO, DENNIS CRAVALHO, and
CITY AND COUNTY OF SAN FRANCISCO


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: February 3, 2022

_____
United States District Judge