DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
CHRISTOPHER B. WHITMAN, State Bar #223636
KATHERINE B. BEARMAN, State Bar #280561
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4236 [Osborn]
               (415) 554-4240 [Whitman]
               (415) 554-4256 [Bearman]
Facsimile:     (415) 554-3837
E-Mail:        meredith.osborn@sfcityatty.org
               chris.whitman@sfcityatty.org
               kate.bearman@sfcityatty.org

Attorneys for Defendants
PAOLO MORGADO, DENNIS CRAVALHO,
CITY AND COUNTY OF SAN FRANCISCO,
MICHAEL GAYNOR, MICHAEL PHILPOTT,
JENNIFER JACKSON, ROBERT MOSER,
JERRY TIDWELL, PAUL CHIGNELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VALLE,<br><br>     Plaintiff,<br><br>vs.<br><br>PAOLO MORGADO, DENNIS CRAVALHO, ANGELA ROUEDE, DETECTIVE D. OLSEN, MICHAEL GAYNOR, MICHAEL PHILPOTT, JENNIFER JACKSON, ROBERT MOSER, JERRY TIDWELL, PAUL CHIGNELL, CITY AND COUNTY OF SAN FRANCISCO, and UNKNOWN OFFICERS OF THE SAN FRANCISCO POLICE DEPARTMENT,<br><br>     Defendants. | Case No. 21-cv-5636 EMC (DMR)<br><br>**STIPULATION BY THE PARTIES TO SUBMIT TO PRIVATE MEDIATION** ~~AND JOINT REQUEST TO VACATE MANDATORY SETTLEMENT CONFERENCE~~<br><br>Trial Date:     July 10, 2023 |

The parties have been engaging in discussions about how best to proceed with settlement negotiations, and have jointly agreed that the case has the best chance of resolving with the assistance of a private mediator, namely JAMS mediator Howard Herman. The parties have scheduled a full-day session with Mr. Herman for September 8, 2022. ~~The parties therefore jointly request that the mandatory settlement conference scheduled with Judge Ryu for August 29, 2022, be vacated so that the parties may proceed with private mediation.~~

~~The change will not alter the date of any event or any deadline already fixed by Court order.~~

Date:  August 16, 2022

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
CHRISTOPHER B. WHITMAN
KATHERINE B. BEARMAN
Deputy City Attorneys


By: */s/ Meredith B. Osborn*
    MEREDITH B. OSBORN

Attorneys for Defendants
PAOLO MORGADO, DENNIS CRAVALHO, CITY AND COUNTY OF SAN FRANCISCO, MICHAEL GAYNOR, MICHAEL PHILPOTT, JENNIFER JACKSON, ROBERT MOSER, JERRY TIDWELL, PAUL CHIGNELL

Dated:  August 16, 2022

LOEVY & LOEVY


By:  */s/ Ruth Brown*
    RUTH BROWN

Attorneys for Plaintiff
FRANCISCO VALLE

Stip to Private Mediation
*Valle v. Morgado* – USDC No. 21-cv-5636

2

n:\lit\li2021\210502\01621808.docx

**ORDER AS MODIFED**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the parties may proceed with private mediation with the assistance of a private mediator, namely JAMS mediator Howard Herman.

Dated: 8/17/2022

MAGISTRATE JUDGE DONNA M. RYU
UNITED STATES DISTRICT COURT